IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-2369-AP**

**BARBARA A. NORDSTROM,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  The Motion to Withdraw Defendant's "Motion to Dismiss Plaintiff's Complaint" (doc. #5), filed January 21, 2011, is **GRANTED**.  Defendant's Motion to Dismiss Plaintiff's Complaint (doc. #3), filed January 18, 2011, is deemed **WITHDRAWN**. Defendant's answer and the administrative record are due on or before March 22, 2011.

Dated:  January 21, 2011