**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02369-AP

BARBARA A. NORDSTROM,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Jan A. Larsen<br>Attorney for Plaintiff<br>155 East Boardwalk Drive, Suite 400<br>Fort Collins, CO 80525<br>970-206-4633<br>jalarsen8@gmail.com | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>william.pharo@usdoj.gov<br><br>NADIA N. SULLIVAN<br>Special Assistant U. S. Attorney<br>nadia.sullivan@ssa.gov<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, CO 80202<br>Telephone: (303) 844-1949 |

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** September 28, 2010.
    B.    **Date Complaint Was Served on U.S. Attorney's Office:** November 19, 2010.
    C.    **Date Answer and Administrative Record Were Filed:** March 22, 2011.

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of his knowledge, the record is complete.
**Defendant states:** To the best of his knowledge, the record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**    None anticipated.
**Defendant states:**  None anticipated.

**6.   STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.   OTHER MATTERS**

None.

**8.   BRIEFING SCHEDULE**

    A.    **Plaintiffs Opening Brief Due:**    May 20, 2011
    B.    **Defendant's Response Brief Due:**  June 20, 2011
    C.    **Plaintiffs Reply Brief (If Any) Due:** July 5, 2011

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiffs Statement:** Plaintiff does not request oral argument.
    B.    **Defendant's Statement:** Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this __7th__ day of April, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Jan A. Larsen<br>Jan A. Larsen<br>Attorney for Plaintiff<br>155 East Boardwalk Drive, Suite 400<br>Fort Collins, CO 80525<br>970-206-4633<br>Jalarsen8@gmail.com<br>Attorney for Plaintiff | DAVID F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>william.pharo@usdoj.gov<br><br><br>By: s/Nadia N. Sullivan<br>     NADIA N. SULLIVAN<br>     Special Assistant U. S. Attorney<br>     Office of the General Counsel<br>     Social Security Administration<br>     1001 Seventeenth Street<br>     Denver, CO 80202<br>     Telephone: (303) 844-1949<br>     Nadia.sullivan@ssa.gov<br>     Attorneys for Defendant. |